# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA and THE
STATE OF NEW YORK, *ex rel.* DAWN
LAFFERTY,

                Plaintiffs,                          Civil Action No.
                                                                  5:15-cv-1405(FJS/ATB)

    v.

BRYANT & STRATTON COLLEGE, INC.,

                Defendant.
*****************************************

## STIPULATION AND ORDER OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE OF FALSE CLAIMS ACT CASE
## UPON CONSENT OF THE UNITED STATES AND THE STATE OF NEW YORK

WHEREAS, on or about November 25, 2015, Relator filed the above-captioned *qui tam* action under seal pursuant to the federal False Claims Act, 31 U.S.C. § 3729, *et. seq.* and the New York State False Claims Act, N.Y. State Fin. Law § 187, *et. seq.*;

WHEREAS, the United States consents to the dismissal of this case without prejudice to the United States, pursuant to 31 U.S.C. § 3730(b)(1);

WHEREAS, the State of New York consents to the dismissal of this case without prejudice to the State of New York, pursuant to N.Y. State Fin. Law § 190(5)(a);

WHEREAS, Relator wishes to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1) without prejudice to the United States and the State of New York;

NOW, THEREFORE, it is hereby stipulated and ORDERED that:

1.     This case is dismissed in its entirety without prejudice to the United States, the State of New York, and Relator, and the case is closed for statistical purposes;

2. Upon entry of this Order, the seal shall be lifted with respect to all filings in this case (including this Order) <u>except</u> for the United States' Motion to Extend Time to Intervene (Dkt. 6), which reflects confidential information regarding the government's investigation.

| **UNITED STATES OF AMERICA** | **STATE OF NEW YORK** |
|---|---|
| */s/ Michael D. Gadarian* | */s/ Sujata M. Tanikella* |
| Michael D. Gadarian | Sujata M. Tanikella |
| Assistant United States Attorney | Assistant Attorney General |
| United States Attorney's Office for | Taxpayer Protection Bureau |
| the Northern District of New York | Office of the Attorney General |
| 100 S. Clinton Street | 120 Broadway |
| Syracuse, New York 13261-7198 | New York, NY 10271 |
| 315-448-0672 | 212-416-6271 |
| Bar Roll No. 517198 | |

**FOR RELATOR**

*/s/ Sarah E. Cressman*
Sarah E. Cressman, Esq.
Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
585-272-0540

*Counsel for Relator*

**IT IS SO ORDERED.**

Dated: December 2, 2016
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge